# United States Bankruptcy Court

## Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:   Czeslaw Sadko | ) | Chapter 13 |
| | ) | Case No. 13 B 47001 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Czeslaw Sadko
8227 West Oconnor
Apartment 1NW
River Grove, IL  60171

Debtor Attorney: Nicholas C Kefalos
via Clerk's ECF noticing procedures

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 613
> Chicago, IL  60604

On July 21, 2014 at 10:00 am, I will appear at the location listed to the right, and present this motion.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, July 10, 2014.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1.  Debtor(s) filed for Chapter 13 on 12/07/2013.

2.  The debtor(s) have failed to maintain payments to the Trustee's office as required under 11 U.S.C. §1326.

3.  The debtor(s) have failed to attend two scheduled §341(a) meetings of the creditors

4.  The confirmation of the debtor's plan has been denied.

5.  The debtor's last 341 meeting was scheduled for February 24, 2014. The 341 meeting has not been rescheduled by the debtor since that time.

6.  The debtor has failed to provide proper notice as required by Rule 7004.

7.  The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE